IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TIA ARMOUR                          *
                                    *
                                    *
v.                                  *   Civil No. – JFM-11-1425
                                    *
BOARD OF EDUCATION OF PRINCE        *
GEORGE'S COUNTY, ET AL.
                                ******



## MEMORANDUM

Plaintiff has brought this *pro se* action against the Board of Education of Prince George's County and various individuals associated with the Board of Education, alleging that defendants violated her rights under the Equal Pay Act. Defendants have filed a motion to dismiss to which plaintiff has responded.[1] The motion will be granted.

Plaintiff's allegations that she was treated differently from any male counterparts are entirely conclusory. Not one fact is alleged either in the complaint or in the numerous other papers that plaintiff has filed indicating that any facts exist that support this conclusory allegation. Absent allegations that would state a *prima facia* case under the Equal Pay Act, i.e. that plaintiff "received less pay than male co-employees performing work substantially equal in skill, effort and responsibility under similar work conditions," *Houck v. Virginia Polytechnic Institute and State University*, 10 F.3d 204 (4th Cir. 1993), plaintiff has failed to state any claim upon which relief can be granted. Moreover, plaintiff has made no allegation that she has attempted to resolve any dispute that she has with the Board of Education under the procedure established by state law. Under these circumstances, defendant's motion to dismiss is well

---

[1] There are a number of other motions pending but in light of the fact that I am dismissing this action, those motions are mooted.

1

founded.

A separate order dismissing this action is being entered herewith.

Date: 7/25/11

J. Frederick Motz
United States District Judge